STATE OF NEW JERSEY v. LUIS GONZALEZ.

Feb. 4, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN WILLIAMS.

Feb. 4, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE WILLARD.

Feb. 4, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL BALDWIN.

Feb. 4, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. CARMELLO SANTIAGO.

Feb. 4, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT E. BROOKE.

Feb. 4, 1980.   Petition for certification denied.